# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| XL FUNDING, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-01019-BP |
| | § | |
| OHIO CASUALTY SURETY COMPANY, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This case is **DISMISSED** with prejudice as provided in the Joint Stipulation of Dismissal with Prejudice that the parties filed on January 17, 2025. ECF No. 8.

2. The taxable costs of court, as calculated by the clerk of court, and attorney's fees shall be borne by the party incurring them.

3. The clerk shall transmit a true copy of this Final Judgment to the parties.

It is so **ORDERED** on January 21, 2025.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE